State's Attorney of Cook county, for defendant in error; John T. Gallagher, Rudolph L. Janega, and Arthur F. Manning, Assistant State's Attorneys, of counsel. Opinion by JUSTICE BURKE. **Not to be published in full.** Opinion filed January 11, 1954; released for publication March 8, 1954.

## City Apartments, Inc., Appellee, v. Emil Ismaiel, Appellant.

## Gen. No. 46,243.   (Abstract of Decision.)

Irving D. Levin, and Paul R. Goldman, for appellant; Irving D. Levin, of counsel; Harold Marovitz, and Melvin F. Wingersky, for appellee; Melvin F. Wingersky, of counsel. Opinion by JUSTICE BURKE. **Not to be published in full.** Opinion filed January 11, 1954; released for publication March 8, 1954.

## Paysoff Tinkoff, Appellant, v. Estelle F. Cline et al., Defendants, Estelle F. Cline, Appellee.

## Gen. No. 45,922.   (Abstract of Decision.)

Paysoff Tinkoff, *pro se*, appellant; Bartley, Powell & Skarzynski, for appellee; Harry F. Skarzynski, and Melvin B. Lewis, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed January 11, 1954; rehearing denied February 25, 1954; released for publication March 8, 1954.

## Benjamin Kanter, Appellant, v. City of Chicago, Appellee.

### Gen. No. 46,077. (Abstract of Decision.)

Harry R. Booth, and Joseph Keig, for appellant; John J. Mortimer, Corporation Counsel of City of Chicago, for appellee; Joseph F. Grossman, and Patrick W. Dunne, of counsel. Opinion by JUSTICE FRIEND. **Not to be published in full.** Opinion filed January 11, 1954; released for publication March 8, 1954.